IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE HUNN,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN MAYNARD, MASTEC, INC., MASTEC NORTH AMERICA, INC., MASTEC SERVICES COMPANY, INC., PRECISION PIPELINE, LLC, and JOHN/JANE DOES 1-20 inclusive,<br><br>    Defendants. | Civil Action No. 1:22-cv-05057-ELR |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AS TO MASTEC DEFENDANTS ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for Plaintiff JAIME HUNN and Defendants MASTEC, INC., MASTEC NORTH AMERICA, INC., MASTEC SERVICES COMPANY, INC. (collectively, "MASTEC DEFENDANTS") hereby give notice that the above-styled action is voluntarily dismissed as to all claims and causes of action as to the MASTEC DEFENDATIONS *only*, with each party bearing that party's own attorney fees and costs.

Respectfully submitted September 28, 2023.

        By:   /s/ Ramin Kermani-Nejad____
               RAMIN KERMANI-NEJAD
               State Bar No. 669698
               MOHAMAD AHMAD
               State Bar No.: 471032

               *Attorneys for Plaintiff*

        By:   _____
               MICHAEL BOORMAN
               State Bar No.: 067798
               PAUL E. PETERSEN
               *(With. Exp. perm. by Hani Ganji)*
               State Bar No.: 791066
               999 Peachtree Street, N.E.
               Suite 1130
               Atlanta, Georgia, 30309
               Telephone: (229) 436-1545

               *Attorneys for Defendants*